JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL, | Case No. CV 21-1000 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VEN HOOVER, LLC, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of May, 2021.

/s/
Fernando M. Olguin
United States District Judge